*W. Inman Curry, solicitor,* contra.

---

### 9689.  DeLoach *v.* The State.

BLOODWORTH, J.  The grounds of the motion for a new trial are without merit; there is evidence to support the verdict, and the court did not err in overruling the motion.

*Judgment affirmed.  Broyles, P. J., and Harwell, J., concur.*

DECIDED OCTOBER 14, 1918.

Accusation of unlawful possession of liquor; from city court of Nashville—Judge Christian.  April 8, 1918.

*R. A. Hendricks, W. D. Buie,* for plaintiff in error.

*H. L. Jackson, solicitor,* contra.

---

### 9769.  Gay *v.* The State.

BLOODWORTH, J.  There is no merit in any of the grounds of the motion for a new trial.  There is ample evidence to support the verdict, and the judgment is  *Affirmed.  Broyles, P. J., and Harwell, J., concur.*

DECIDED OCTOBER 14, 1918.

Accusation of assault and battery; from city court of Dublin—Judge Flynt.  April 15, 1918.

*Fred Kea,* for plaintiff in error.  *S. P. New, solicitor,* contra.